**\*\* E-filed July 21, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELENE LOMAX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS,<br><br>　　　　　Defendant.<br>_____/ | No. C10-04445 HRL<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPOINT LIMITED SCOPE COUNSEL**<br><br>[Re: Docket No. 23] |

　　　　This is a discrimination case brought by *pro se* plaintiff Angelene Lomax ("Lomax") against the United States Department of Veterans Affairs ("VA"). She alleges age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. ("ADEA"); race discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. ("Title VII"); disability discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA"); and violation of her right to due process under the Fourteenth Amendment. See Docket No. 1 ("Complaint").

　　　　On July 13, 2011, Lomax filed an administrative motion for an order appointing Clark S. Stone ("Stone") as her attorney for the limited purposes of representing Lomax at her upcoming deposition and an early neutral evaluation. Docket No. 23 ("Motion"). The VA did not oppose Lomax's motion.

Good cause appearing, the Court GRANTS Lomax's motion. As her motion requests, Stone is appointed to represent Lomax for the limited purposes of educating and assisting Lomax in preparation for, participation in, and following up with her upcoming deposition and early neutral evaluation. <u>See</u> Motion at 1-2. Stone is not appointed to represent Lomax for other purposes.

**IT IS SO ORDERED.**

Dated: July 21, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-04445 HRL Notice will be electronically mailed to:**

James A. Scharf             james.scharf@usdoj.gov, mimi.lam@usdoj.gov

**Notice will be mailed to:**

Angelene Lomax
29 Montsalas Drive
Monterey, CA 93940

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**