** E-filed August 25, 2011 **

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CABN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
5     150 Almaden Blvd., Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5044
      Facsimile:  (408) 535-5081
      Email: james.scharf@usdoj.gov
7
   Attorneys for Defendant
8
9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12
   ANGELENE LOMAX,                    )   Case No. C 10-4445 HRL
13                                    )
          Plaintiff,                  )   STIPULATION AND [PROPOSED]
14                                    )   ORDER RE REMOVAL OF
          v.                          )   DOCUMENT 29
15                                    )
   UNITED STATES DEPARTMENT OF        )
16 VETERANS AFFAIRS,                  )
                                      )
17        Defendant.                  )
                                      )
18 _____)

19        At plaintiff's request, on August 24, 2011, defendant filed a Redacted Declaration of

20 James A. Scharf in Support of Motion for Summary Judgment ("Redacted Declaration").  The

21 Redacted Declaration removes information pertaining to plaintiff's social security number, date

22 of birth and the name of a minor, that was inadvertently included on pages 7, 13, 14, 86, 112 and

23 150 of the Declaration of James A. Scharf in Support of Motion for Summary Judgment,

24 Document 29, filed August 19, 2011 ("Document 29").  The parties jointly request the Court to

25 direct the Clerk to remove Document 29 from both the ECF system and the Court's paper files.

26

27

28

DATED: August 24, 2011              Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

                                    _____
                                            /S/
                                    JAMES A. SCHARF
                                    Assistant United States Attorney

DATED: August 24, 2011              _____
                                            /S/
                                    Clark Stone
                                    Plaintiff's Court-Appointed Settlement Counsel

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk shall remove

Document 29,  filed August 19, 2011, from both the ECF system and the Court's paper files.

DATED: August 25, 2011              _____
                                    Honorable Howard R. Lloyd
                                    United States Magistrate Judge

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE ENE
TO AND INCLUDING SEPTEMBER 14, 2011**