**\*\* E-filed September 16, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELENE LOMAX, | No. C10-04445 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, | [Re: Docket No. 44] |
| Defendant. | |

The court is informed that the parties have reached a settlement. According, all scheduled appearances are vacated.

On or before **November 15, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **November 29, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause no later than **November 22, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

1 **IT IS SO ORDERED.**

2 Dated: September 16, 2011

3 _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-04445 Notice will be electronically mailed to:**

James A. Scharf          james.scharf@usdoj.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**Notice has been sent via mail to:**

Angelene Lomax
29 Montsalas Drive
Monterey, CA 93940